**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Kevin** <br> First name <br><br> **James** <br> Middle name <br><br> **Hysick** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | **Elizabeth** <br> First name <br><br> **Eileen** <br> Middle name <br><br> **Hysick** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | **Elizabeth** <br> First name <br><br> **E** <br> Middle name <br><br> **Johnson** <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **3  5  8  0** <br> OR <br> **9**xx - xx - ___ ___ ___ ___ | xxx - xx - **4  3  7  6** <br> OR <br> **9**xx - xx - ___ ___ ___ ___ |

Debtor 1    **Kevin**          **James**         **Hysick**
Debtor 2    **Elizabeth**      **Eileen**        **Hysick**

         First Name          Middle Name         Last Name

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN __ __ - __ __ __ __ __ __ __          EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __          EIN __ __ - __ __ __ __ __ __ __

**5.** **Where you live**

| About Debtor 1 | If Debtor 2 lives at a different address: |
|---|---|
| **450 Fox Meadow Lane** | |
| Number        Street | Number        Street |
| | |
| **West Chester, PA 19382** | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| **Chester** | |
| County | County |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

| Number        Street | Number        Street |
|---|---|
| | |
| P.O. Box | P.O. Box |
| | |
| City                    State    ZIP Code | City                    State    ZIP Code |

**6.** **Why you are choosing *this* district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 2:  Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | _____ MM / DD / YYYY | _____ |
| District | _____ | _____ MM / DD / YYYY | _____ |
| District | _____ | _____ MM / DD / YYYY | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ MM / DD / YYYY | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known | _____ |

**11.  Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Kevin | James | Hysick | | |
|---|---|---|---|---|---|
| Debtor 2 | Elizabeth | Eileen | Hysick | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Kevin** | **James** | **Hysick** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | _____ |

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

                          _____

                          _____

If immediate attention is needed, why is it needed?   _____

          _____

          _____

Where is the property?   _____

        Number     Street

        _____

        City              State    ZIP Code

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** ___/s/ Kevin James Hysick___           **X** ___/s/ Elizabeth Eileen Hysick___
Kevin James Hysick, Debtor 1                    Elizabeth Eileen Hysick, Debtor 2

Executed on __08/05/2025__                      Executed on __08/05/2025__
MM/ DD/ YYYY                                     MM/ DD/ YYYY

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Stephen Dunne** _____ Date **08/05/2025** _____
    Signature of Attorney for Debtor                      MM / DD / YYYY

**Stephen Dunne** _____
Printed name

**Dunne Law Offices, PC** _____
Firm name

**1515 Market Street 1200** _____
Number        Street

_____

**Philadelphia** _____ **PA** **19102** _____
City                                   State    ZIP Code

Contact phone **(215) 205-6367** _____    Email address **stephen@dunnelawoffices.com** _____

**208838** _____ **PA** _____
Bar number                                          State

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1  **450 Fox Meadow Lane**
   Street address, if available, or other description

   **West Chester, PA 19382**
   City      State    ZIP Code

   **Chester**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   **Source of Value:** Appraisal

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?    Current value of the portion you own?
   **$1,125,000.00**              **$1,125,000.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ............................................... ➔   **$1,125,000.00**

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor   **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

3.1   Make:         **GMC**

Model:        **Terrain**

Year:         **2019**

Approximate mileage:   **60000**

Other information:

| **Source of Value: JD Power** |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$10,871.00**

Current value of the portion you own?   **$5,435.50**

If you own or have more than one, describe here:

3.2   Make:         **GMC**

Model:        **Yukon**

Year:         **2019**

Approximate mileage:   **61000**

Other information:

| **Source of Value: KBB** |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$25,031.00**

Current value of the portion you own?   **$25,031.00**

3.3   Make:         **GMC**

Model:        **Terrain**

Year:         **2015**

Approximate mileage:   **210,000**

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$3,387.00**

Current value of the portion you own?   **$3,387.00**

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1   Make:         **Honda**

Model:        **ATV FOREMAN**

Year:         **2017**

Other information:

| **Source of Value: www.jdpower.com** |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$4,455.00**

Current value of the portion you own?   **$4,455.00**

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................→   **$38,308.50**

Debtor **Hysick, Kevin James; Hysick, Elizabeth Eileen**          Case number *(if known)* _____

| Part 3: | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**6.  Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........

| Household goods and furnishings | $5,000.00 |

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........

| Electronics | $600.00 |

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe. .........

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........

| Firearms | $1,500.00 |

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| Clothes | $2,000.00 |

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| Jewelry | $5,000.00 |

Debtor  **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | 2 Dogs | | $50.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
    information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................................... ➜   | $14,150.00 |

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ..........................................................................................................................  Cash: ...................   $100.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................                    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Affinity Federal Credit Union**<br>**Account Number: 8495** | $5.00 |
| 17.2. Checking account: | **Affinity Federal Credit Union**<br>**Account Number: 4869** | $70.86 |
| 17.3. Checking account: | **Citadel Credit Union**<br>**Account Number: XXXX-X0070** | $9,210.82 |
| 17.4. Checking account: | **WSFS Bank**<br>**Account Number: 2564** | $312.49 |
| 17.5. Savings account: | **Affinity Federal Credit Union**<br>**Account Number: 4851** | $0.00 |
| 17.6. Savings account: | **Citadel Credit Union**<br>**Account Number: XXXX-X0001** | $0.00 |
| 17.7. Savings account: | **Citadel Credit Union**<br>**Account Number: XXXX-X0000** | $377.21 |
| 17.8. Other financial account: | **Venmo**<br>**Account Number: 0000** | $0.00 |

Debtor  **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes ..................... Institution or issuer name:

    | | |
    |---|---:|
    | **Fidelity** | $12,777.67 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them................... Name of entity:

    | Name of entity | % of ownership | |
    |---|---|---:|
    | **Brighton Architecture + Design LLC** | **100.00%** | $0.00 |
    | **Dynamic Asset Holdings Inc** | **100.00%** | $0.00 |
    | **KJH Innovative Ventures, LLC** | **100.00%** | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each account separately. Type of account:       Institution name:

    | Type of account | Institution name | |
    |---|---|---:|
    | IRA: | **E*Trade from Morgan Stanley** | $5,684.27 |
    | IRA: | **Fidelity** | $100,466.06 |

Debtor    **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

22.    **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*   Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
others

☑ No

☐ Yes .....................    Institution name or individual:

Electric:    _____    _____

Gas:    _____    _____

Heating oil:    _____    _____

Security deposit on rental unit:    _____    _____

Prepaid rent:    _____    _____

Telephone:    _____    _____

Water:    _____    _____

Rented furniture:    _____    _____

Other:    _____    _____

23.    **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................    Issuer name and description:

_____    _____

_____    _____

_____    _____

24.    **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ....................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    _____

_____    _____

_____    _____

25.    **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable
for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...    _____    _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **6**

Debtor  **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
        information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
        information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
        them, including whether you
        already filed the returns and
        the tax years. ...................

    Federal: _____

    State: _____

    Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
        settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
        Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

---

Debtor  **Hysick, Kevin James; Hysick, Elizabeth Eileen**                          Case number *(if known)* _____

---

31.  **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...     Company name:                    Beneficiary:                    Surrender or refund value:

_____         _____         _____

_____         _____         _____

_____         _____         _____

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........   [                                    ]        _____

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...............   [                                    ]        _____

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...............   [                                    ]        _____

35.  **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information. ........   [ **PayPal**                           ]        **$0.00**

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................  ➡   **$129,004.38**

---

**Part 5:**        Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor   **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

38.   **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........  [                                        ]                    _____

39.   **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........  [                                        ]                    _____

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........  [                                        ]                    _____

41.   **Inventory**

☑ No

☐ Yes. Describe. ..........  [                                        ]                    _____

42.   **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

_____          _____          _____

_____          _____          _____

_____          _____          _____

43.   **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........  [                                        ]                    _____

Debtor    **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)* _____

---

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
        information .........

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
     **for Part 5. Write that number here** .....................................................................................................    ➜    | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................    _____

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
        information. ............    _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................    _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................    _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **10**

Debtor **Hysick, Kevin James; Hysick, Elizabeth Eileen**                    Case number *(if known)*

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
   information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
    **for Part 6. Write that number here** ..................................................................................... ➡ | **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
   information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................ ➡ | **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..................................................................................... ➡ | **$1,125,000.00**

56. **Part 2: Total vehicles, line 5**                                           **$38,308.50**

57. **Part 3: Total personal and household items, line 15**                      **$14,150.00**

58. **Part 4: Total financial assets, line 36**                                  **$129,004.38**

59. **Part 5: Total business-related property, line 45**                         **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                **$0.00**

61. **Part 7: Total other property not listed, line 54**                    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...........   **$181,462.88**   Copy personal property total ➡   +   **$181,462.88**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...........................................................   **$1,306,462.88**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of ____**Pennsylvania**____

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **450 Fox Meadow Lane West Chester, PA 19382** <br><br> Line from *Schedule A/B*: **1.1** | **$1,125,000.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **2019 GMC Yukon** <br><br> Line from *Schedule A/B*: **3.1** | **$25,031.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* _____ |

| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2019 GMC Terrain**<br>Line from *Schedule A/B:* **3.2** | **$5,435.50** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2015 GMC Terrain**<br>Line from *Schedule A/B:* **3.3** | **$3,387.00** | ☑ **$3,387.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2017 Honda ATV FOREMAN**<br>Line from *Schedule A/B:* **4.1** | **$4,455.00** | ☑ **$4,455.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Household goods and furnishings**<br>Line from *Schedule A/B:* **6** | **$5,000.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Electronics**<br>Line from *Schedule A/B:* **7** | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Firearms**<br>Line from *Schedule A/B:* **10** | **$1,500.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Clothes**<br>Line from *Schedule A/B:* **11** | **$2,000.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Jewelry**<br>Line from *Schedule A/B*: **12** | **$5,000.00** | ☑ **$3,750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **2 Dogs**<br>Line from *Schedule A/B*: **13** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Cash**<br>Line from *Schedule A/B*: **16** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **WSFS Bank**<br>**Checking account**<br>**Acct. No.: 2564**<br>Line from *Schedule A/B*: **17** | **$312.49** | ☑ **$312.49**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Affinity Federal Credit Union**<br>**Checking account**<br>**Acct. No.: 8495**<br>Line from *Schedule A/B*: **17** | **$5.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Affinity Federal Credit Union**<br>**Savings account**<br>**Acct. No.: 4851**<br>Line from *Schedule A/B*: **17** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Affinity Federal Credit Union**<br>**Checking account**<br>**Acct. No.: 4869**<br>Line from *Schedule A/B*: **17** | **$70.86** | ☑ **$70.86**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Citadel Credit Union** **Savings account** **Acct. No.: XXXX-X0000** Line from *Schedule A/B:* **17** | **$377.21** | ☑ **$377.21** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo** **Other financial account** **Acct. No.: 0000** Line from *Schedule A/B:* **17** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Fidelity** Line from *Schedule A/B:* **18** | **$12,777.67** | ☑ **$12,777.67** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **KJH Innovative Ventures, LLC** Line from *Schedule A/B:* **19** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Dynamic Asset Holdings Inc** Line from *Schedule A/B:* **19** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Brighton Architecture + Design LLC** Line from *Schedule A/B:* **19** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **E*Trade from Morgan Stanley** Line from *Schedule A/B:* **21** | **$5,684.27** | ☑ **$5,684.27** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description: **Fidelity** Line from *Schedule A/B:* **21** | **$100,466.06** | ☑ **$100,466.06** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

| Debtor 1 | Kevin | James | Hysick | Case number *(if known)* |
|---|---|---|---|---|

| Debtor 2 | Elizabeth | Eileen | Hysick | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **PayPal** Line from *Schedule A/B*: **35** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Fill in this information to identify your case:

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1** **Ally Financial, Inc**
Creditor's Name

**Attn: Bankruptcy**

**500 Woodard Ave**
Number        Street

**Detroit, MI 48226**
City        State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **6/1/2024**

**Remarks:** Individual Debt

**Describe the property that secures the claim:**

**2019 GMC Yukon**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **1  7  8  4**

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| $43,911.00 | $25,031.00 | $18,880.00 |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $43,911.00 |
|---|---|

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* _____ |
|----------|-----------|-----------|------------|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Amount of claim*<br>Do not deduct the value of collateral. | *Value of collateral that supports this claim* | *Unsecured portion*<br>If any |

| 2.2 | **Ally Financial, Inc** | Describe the property that secures the claim: | $20,135.00 | $5,435.50 | $14,699.50 |

Creditor's Name

**Attn: Bankruptcy**

| 2019 GMC Terrain |

**500 Woodard Ave**

Number      Street

**Detroit, MI 48226**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred    **6/1/2023**      Last 4 digits of account number    **8  7  1  8**

**Remarks:**  Individual Debt

| Add the dollar value of your entries in Column A on this page. Write that number here: | $20,135.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.3**

| **Birchwood Funding** | Describe the property that secures the claim: | **$182,838.70** | **$1,125,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1545 Route 202 Suite 101**

Number        Street

| 450 Fox Meadow Lane West Chester, PA 19382 |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Pomona, NY 10970**

City        State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

**2.4**

| **CCO Mortgage Corp.** | Describe the property that secures the claim: | **$1,125,263.40** | **$1,125,000.00** | **$263.40** |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy**

**10561 Telegraph Road 10561 Telegraph Rd**

Number        Street

**Glen Allen, VA 23059**

City        State        ZIP Code

| 450 Fox Meadow Lane West Chester, PA 19382 |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **6/1/2021**    Last 4 digits of account number    **3  6  1  2**

**Remarks:** Individual Debt

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,308,102.10** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* |
|---|---|---|---|---|---|

| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.5** US Small Business Administration

Creditor's Name

**Attn: Bankruptcy**

**409 3rd Street SW Floor 2**

Number    Street

**Washington, DC 20416**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

| | Column A | Column B | Column C |
|---|---|---|---|
| | **$1,757,400.00** | **$1,125,000.00** | **$632,400.00** |

450 Fox Meadow Lane West Chester, PA 19382

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,757,400.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$3,129,548.10** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1. | **Dougherty, Michael J.** | On which line in Part 1 did you enter the creditor? **2.3** |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | **520 Walnut Street Suite 1355** | |
| | Number          Street | |
| | **Philadelphia, PA 19106** | |
| | City                    State          ZIP Code | |

| 2. | **Citizens Bank** | On which line in Part 1 did you enter the creditor? **2.4** |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | **Attn: Bankruptcy** | |
| | **One Citizens Plaza One Citizens Dr** | |
| | Number          Street | |
| | **Providence, RI 02903** | |
| | City                    State          ZIP Code | |

| 3. | **LINKBANK** | On which line in Part 1 did you enter the creditor? **2.5** |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | **1436 Pottstown Pike** | |
| | Number          Street | |
| | **West Chester, PA 19380** | |
| | City                    State          ZIP Code | |

| 4. | **U.S. Small Business Administration** | On which line in Part 1 did you enter the creditor? **2.5** |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | **ATTN: District Counsel** | |
| | **660 American Avenue 301** | |
| | Number          Street | |
| | **King of Prussia, PA 19406** | |
| | City                    State          ZIP Code | |

| 5. | **Small Business Administration** | On which line in Part 1 did you enter the creditor? **2.5** |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | **2 North Street 320** | |
| | Number          Street | |
| | **Birmingham, AL 35203** | |
| | City                    State          ZIP Code | |

| 6. | **The Gratz Bank** | On which line in Part 1 did you enter the creditor? **2.5** |
|---|---|---|
| | Name | Last 4 digits of account number ___ ___ ___ ___ |
| | **3045 Market Street** | |
| | Number          Street | |
| | **Camp Hill, PA 17011** | |
| | City                    State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Bureau of Enforcement** | Last 4 digits of account number ___ ___ ___ ___ | $1,665.40 | $1,665.40 | $0.00 |

Priority Creditor's Name

**Strawberry Square 10th Floor**
Number        Street

**When was the debt incurred?** _____

**Harrisburg, PA 17128**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | |
|---|---|---|
| Debtor 1 | **Kevin**        **James**        **Hysick** | |
| | First Name    Middle Name    Last Name | Case number *(if known)* _____ |
| Debtor 2 | **Elizabeth**    **Eileen**    **Hysick** | |
| | First Name    Middle Name    Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

**Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**
Number        Street

**Philadelphia, PA 19101-7317**
City            State        ZIP Code

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | $16,509.17 | $16,509.17 | $0.00 |

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** 2023 Tax Return

**2.3**

**Pennsylvania Department of Revenue**
Priority Creditor's Name

**PO Box 280946**
Number        Street

**Harrisburg, PA 17128**
City            State        ZIP Code

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | $95,796.44 | $95,796.44 | $0.00 |

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** 2023-2024 Sales and Use Tax

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page _2_ of _17_ |
|---|---|---|

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.4**

**Pennsylvania Department of Revenue**
Priority Creditor's Name

**PO Box 280946**
Number    Street

**Harrisburg, PA 17128**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $1,622.11 | $1,622.11 | $0.00 |

**Remarks:** 2023 Tax Return

---

**2.5**

**Pennsylvania Department of Revenue**
Priority Creditor's Name

**PO Box 280946**
Number    Street

**Harrisburg, PA 17128**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $997.49 | $997.49 | $0.00 |

**Remarks:** 2024 Tax Return

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

---

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

| **Affinity Federal Credit Union** | Last 4 digits of account number    **3   1   2   1** | **$148,130.00** |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**When was the debt incurred?**    **1/1/2021**

**73 Mountainview Boulevard**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Basking Ridge, NJ 07920**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Individual Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** HELOC co-signed with debtor's mother; secured by real property solely owned by co-obligor. Debtor has no legal or equitable interest in the collateral property - 304 Sout Finley Avenue, Basking Ridge, NJ 07920.

**4.2**

| **Affinity Federal Credit Union** | Last 4 digits of account number    **7   9   7   0** | **$9,416.00** |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**When was the debt incurred?**    **2/1/2015**

**73 Mountainview Boulevard**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Basking Ridge, NJ 07920**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Individual Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.3** **American Express**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7    9    1    3**          **$117,788.00**

**When was the debt incurred?**          **6/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Individual Debt**

---

**4.4** **American Express**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3    7    7    3**          **$5,501.00**

**When was the debt incurred?**          **10/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Individual Debt**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **5** of **17**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.5

**Bank of America**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 982234**
Number          Street

**El Paso, TX 79998-2234**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1    4    9    6**          $13,990.00

**When was the debt incurred?**          **3/1/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Individual Debt**

### 4.6

**Bank of America**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 982234**
Number          Street

**El Paso, TX 79998-2234**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3    0    7    4**          $13,386.00

**When was the debt incurred?**          **6/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Individual Debt**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    **Total claim**

---

**4.7**  **Bell Enterprises Trust**

Nonpriority Creditor's Name

**305 W. Olive Street**

Number          Street

**San Diego, CA 92103**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___          **$300,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☑ Other. Specify   **Business Debt**

---

**4.8**  **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   7   8   0   3          **$30,313.00**

**When was the debt incurred?**   2/5/2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☑ Other. Specify   **Business Debt**

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.9**

| **Capital One** | Last 4 digits of account number | 6 4 4 0 | **$18,588.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?          9/1/2019

**Attn: Bankruptcy**

**PO Box 30285**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☑ Disputed

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Individual Debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.10**

| **CHTD Company** | Last 4 digits of account number | ___ ___ ___ ___ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?          _____

**PO Box 2576**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Springfield, IL 62708**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan Guarantee**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** UCC Lien No: 20240529138905

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.11  Citibank**

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number          Street

**St Louis, MO 63179-0040**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    3  1  7  6          $2,916.00

When was the debt incurred?          **11/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Individual Debt**

**4.12  Discover Financial**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3025**

Number          Street

**New Albany, OH 43054**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1  1  8  7          $29,765.00

When was the debt incurred?          **1/1/2006**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Individual Debt**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.13** **Dreifuss-Prebilt, Inc.**

Nonpriority Creditor's Name

**805 Roscommon Road**

Number          Street

**Bryn Mawr, PA 19010**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan Guarantee**

**Total claim: $300,000.00**

---

**4.14** **Elan Financial Services**

Nonpriority Creditor's Name

**Cb Disputes**

Number          Street

**Saint Louis, MO 63166**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   8   6   8**

**When was the debt incurred?**   **11/1/2010**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Individual Debt**

**Total claim: $20,560.00**

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.15** **Fora Financial Asset Securitization**

Nonpriority Creditor's Name

**1385 Broadway, 15th Floor**

Number          Street

**New York, NY 10018**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Loan Guarantee**

**Total claim: $148,080.43**

---

**4.16** **Jeffrey James**

Nonpriority Creditor's Name

**1874 Streamview Way**

Number          Street

**Quakertown, PA 18951**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt.**

**Total claim: $3,884.00**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.17

**JPMorgan Chase Bank**
Nonpriority Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**
Number          Street

**Monroe, LA 71203**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    8    2    9    2          **$19,931.00**

When was the debt incurred?          9/1/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Individual Debt**

### 4.18

**JPMorgan Chase Bank**
Nonpriority Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**
Number          Street

**Monroe, LA 71203**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3    6    4    3          **$17,529.00**

When was the debt incurred?          1/1/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Individual Debt**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.19 JPMorgan Chase Bank
Nonpriority Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**

Number          Street

**Monroe, LA 71203**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   2   4   2**          **$16,185.00**

**When was the debt incurred?**          **4/1/2003**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Individual Debt**

### 4.20 Russ McBride
Nonpriority Creditor's Name

**c/o American First Credit Union**

**1344 W 4675 S**

Number          Street

**Ogden, UT 84405**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **$100,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.21** **True Business Funding LLC**

Nonpriority Creditor's Name

**19 Spear Road Unit 101**

Number          Street

**Ramsey, NJ 07446**

City                State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan Guarantee**

**$140,849.97**

---

**4.22** **UCB, Inc.**

Nonpriority Creditor's Name

**1712 Scott Drive**

Number          Street

**Newtown, PA 18940**

City                State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Lease Guarantee**

**$44,163.51**

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | Total claim |

---

**4.23**    **VCF SPV Holdings, LLC**

Nonpriority Creditor's Name

**244 5TH AVE STE #E298,**

Number         Street

**New York, NY 10001**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___            $145,346.09

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan Guarantee**

---

**4.24**    **Wells Fargo Bank NA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1 Home Campus MAC X2303-01A 3rd Floor**

Number         Street

**Des Moines, IA 50328**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0   0   7   8            $12,603.00

**When was the debt incurred?**            **10/1/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Individual Debt**

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1**
**Waldman, David**
Name

**805 Roscommon Road**
Number        Street

_____

**Bryn Mawr, PA 19010**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**2**
**Penteck, Stephen**
Name

**1385 Broadway, 15th Floor**
Number        Street

_____

**New York, NY 10018**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**3**
**McBride, Russ**
Name

**3793 De Soto Way**
Number        Street

_____

**Merced, CA 95340**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**4**
**Gorkin, Yeshaya**
Name

**PO Box 605**
Number        Street

_____

**New York, NY 10038**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**5**
**Vanderslice, Richard**
Name

**1445 Snyder Avenue**
Number        Street

_____

**Philadelphia, PA 19145**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.22** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**6**
**Klestzick, Yonatan**
Name

**381 Sunrise Highway 3rd Floor**
Number        Street

_____

**Lynbrook, NY 11563**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Debtor 1 | Kevin | James | Hysick | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Elizabeth | Eileen | Hysick | |
| | First Name | Middle Name | Last Name | |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$116,590.61** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. **$116,590.61** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** **$1,658,925.00** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$1,658,925.00** |

Fill in this information to identify your case:

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Pennsylvania** _____

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **UCB, Inc.** | Contract to be REJECTED |
| | Name | |
| | **1712 Scott Drive** | |
| | Number          Street | |
| | **Newtown, PA 18940** | |
| | City          State          ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of ____ **Pennsylvania** _____

Case number
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 106H
_____

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.    Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
☑ No
☐ Yes

**2.    Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number          Street

_____
City          State          ZIP Code

**3.    In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.1 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | Number          Street | ☐ Schedule G, line _____ |
| | City          State          ZIP Code | |

| 3.2 | | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | | ☐ Schedule E/F, line _____ |
| | Number          Street | ☐ Schedule G, line _____ |
| | City          State          ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

---

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed ☑ Not employed | ☑ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | | **Architect** |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | | **Brighton Architecture** |
| | | **Employer's address** | | **450 Fox Meadow Lane** |
| | | | Number      Street | Number      Street |
| | | | | |
| | | | City      State      ZIP Code | **West Chester, PA 19382** City      State      ZIP Code |
| | | **How long employed there?** | _____ | **7 years 2 months** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If you are not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $0.00 |

| Debtor 1 | __Kevin__ | __James__ | __Hysick__ | Case number *(if known)* _____ |
|----------|-----------|-----------|-----------|----------|
| Debtor 2 | __Elizabeth__ | __Eileen__ | __Hysick__ | |
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.................................................................➔ **4.** | _____ **$0.00** | _____ **$0.00** |
| **5.** | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | _____ **$0.00** | _____ **$0.00** |
| 5b. | **Mandatory contributions for retirement plans** 5b. | _____ **$0.00** | _____ **$0.00** |
| 5c. | **Voluntary contributions for retirement plans** 5c. | _____ **$0.00** | _____ **$0.00** |
| 5d. | **Required repayments of retirement fund loans** 5d. | _____ **$0.00** | _____ **$0.00** |
| 5e. | **Insurance** 5e. | _____ **$0.00** | _____ **$0.00** |
| 5f. | **Domestic support obligations** 5f. | _____ **$0.00** | _____ **$0.00** |
| 5g. | **Union dues** 5g. | _____ **$0.00** | _____ **$0.00** |
| 5h. | **Other deductions.** Specify: _____ 5h. **+** | _____ **$0.00** **+** | _____ **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. **6.** | _____ **$0.00** | _____ **$0.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. **7.** | _____ **$0.00** | _____ **$0.00** |
| **8.** | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | _____ **$0.00** | _____ **$5,000.00** |
| 8b. | **Interest and dividends** 8b. | _____ **$0.00** | _____ **$0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | _____ **$0.00** | _____ **$0.00** |
| 8d. | **Unemployment compensation** 8d. | _____ **$0.00** | _____ **$0.00** |
| 8e. | **Social Security** 8e. | _____ **$0.00** | _____ **$0.00** |
| 8f. | **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | _____ **$0.00** | _____ **$0.00** |
| 8g. | **Pension or retirement income** 8g. | _____ **$0.00** | _____ **$0.00** |
| 8h. | **Other monthly income.** Specify: _____ 8h. **+** | _____ **$0.00** **+** | _____ **$0.00** |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. **9.** | _____ **$0.00** | _____ **$5,000.00** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. **10.** | _____ **$0.00** **+** | _____ **$5,000.00** **=** _____ **$5,000.00** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

---

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. **$5,000.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    **Debtor 1 (Kevin Hysick) is actively seeking new employment and anticipates obtaining such shortly at an income sufficient to support the anticipated reorganization.**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

  1.  Gross Monthly Income:      **$0.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

  2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

      TOTAL PAYMENTS TO SECURED CREDITORS      **$0.00**

  3.  Other Expenses

      TOTAL OTHER EXPENSES      **$0.00**

  4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21)      **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

  5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)      **$0.00**

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

---

8a. Attached Statement

### Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

1. Gross Monthly Income:      **$5,000.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

2. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

    TOTAL PAYMENTS TO SECURED CREDITORS    **$0.00**

3. Other Expenses

    TOTAL OTHER EXPENSES    **$0.00**

4. TOTAL MONTHLY EXPENSES (Add item 2 - 21)    **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

5. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)    **$5,000.00**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Pennsylvania** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **1 month** | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$6,300.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

|  | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$400.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$300.00** |
| | 6d.  Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,000.00** |
| 8. | **Childcare and children's education costs** | 8. | **$1,500.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$150.00** |
| 11. | **Medical and dental expenses** | 11. | **$500.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | **$620.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$115.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$80.00** |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$150.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1  2019 GMC Yukon | 17a. | **$870.00** |
| | 17b. Car payments for Vehicle 2  2019 GMC Terrain | 17b. | **$492.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|----------|-----------|-----------|------------|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

21.  **Other.** Specify: _____          21.  +  _____ $0.00

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                               22a.  _____ $12,927.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  _____ $12,927.00

23.  **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.  _____ $5,000.00

23b. Copy your monthly expenses from line 22c above.      23b.  −  _____ $12,927.00

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income.*              23c.  _____ ($7,927.00)

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.

**Fill in this information to identify your case:**

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | **$1,125,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................... | **$181,462.88** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................ | **$1,306,462.88** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$3,129,548.10** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$116,590.61** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,658,925.00** |
| **Your total liabilities** | **$4,905,063.71** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | **$5,000.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................................................... | **$12,927.00** |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑  Yes

---

7. **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kevin James Hysick**
Kevin James Hysick, Debtor 1

X **/s/ Elizabeth Eileen Hysick**
Elizabeth Eileen Hysick, Debtor 2

Date **08/05/2025**
    MM/  DD/  YYYY

Date **08/05/2025**
    MM/  DD/  YYYY

**Fill in this information to identify your case:**

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City           State  ZIP Code | | _____ City           State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City           State  ZIP Code | | _____ City           State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$16,000.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$17,000.00** |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$86,211.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$40,000.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$113,745.00** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$42,000.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2024** )<br>YYYY | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2023** )<br>YYYY | _____ | _____ | _____ | _____ |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ <br> Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ <br> Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ <br> City        State    ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> City        State    ZIP Code | _____ | | | |

| Debtor 1 | Kevin | James | Hysick | |
|---|---|---|---|---|
| Debtor 2 | Elizabeth | Eileen | Hysick | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City        State    ZIP Code | _____ | | | |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **True Business Funding LLC v. KJH Innovative Ventures and Kevin J. Hysick** | **Breach of Contract** | **Supreme Court of the State of New York**<br>Court Name<br>**100 Supreme Court Drive**<br>Number    Street<br>**Mineola, NY 11501**<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **618081-2024** | | | |
| Case title | **Universal Building and Construction, Inc. v. Dreifuss Fireplaces and Kevin Hysick** | **Breach of Contract** | **Philadelphia Municipal Court**<br>Court Name<br>**1339 Chestnut Street 10th Floor**<br>Number    Street<br>**Philadelphia, PA 19107**<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **LT-25-01-28-6496** | | | |
| Case title | **Amy Stein v. Dreifuss Fireplaces and Kevin Hysick** | **Breach of Contract** | **Philadelphia Municipal Court**<br>Court Name<br>**1339 Chestnut Street 10th Floor**<br>Number    Street<br>**Philadelphia, PA 19107**<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **SC-25-03-26-6381** | | | |

| Debtor 1 | Kevin | James | Hysick | |
|---|---|---|---|---|
| Debtor 2 | Elizabeth | Eileen | Hysick | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**Case title** Birchwood Funding v. KJH Innovative Ventures LLC and Kevin J. Hysick

**Case number** 2025-00376-JD

**Nature of the case:** Breach of Contract

**Court or agency:**
Court of Common Pleas of Chester County
Court Name
313 West Market Street
Number    Street
West Chester, PA 19380
City    State    ZIP Code

**Status of the case:**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title** Fora Financial Asset Securitization 2024 LLC v. KJH Innovative Ventures LLC and Kevin J. Hysick

**Case number** 620922-2024

**Nature of the case:** Breach of Contract

**Court or agency:**
Supreme Court of the State of New York
Court Name
100 Supreme Court Drive
Number    Street
Mineola, NY 11501
City    State    ZIP Code

**Status of the case:**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title** VCF SPV Holdings LLC v. v. KJH Innovative Ventures LLC and Kevin J. Hysick

**Case number** 618533-2024

**Nature of the case:** Breach of Contract

**Court or agency:**
Supreme Court of the State of New York
Court Name
100 Supreme Court Drive
Number    Street
Mineola, NY 11501
City    State    ZIP Code

**Status of the case:**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title** Birchwood Funding v. KJH Innovative Ventures LLC and Kevin J. Hysick

**Case number** E2024014365

**Nature of the case:** Breach of Contract

**Court or agency:**
Supreme Court of the State of New York
Court Name
100 Supreme Court Drive
Number    Street
Mineola, NY 11501
City    State    ZIP Code

**Status of the case:**
☐ Pending
☐ On appeal
☑ Concluded

---

**Case title** Jeffery James v. Kevin Hysick

**Case number** MJ-15203-CV-0000091-2025

**Nature of the case:** Breach of Contract

**Court or agency:**
MDJ-15-2-03
Court Name
601 Westtown Road Suite 110
Number    Street
West Chester, PA 19380
City    State    ZIP Code

**Status of the case:**
☑ Pending
☐ On appeal
☐ Concluded

---

**Case title** Elizabeth Fletman v. Dreifuss Fireplaces and Kevin Hysick

**Case number** SC-25-05-07-3980

**Nature of the case:** Breach of Contract

**Court or agency:**
Philadelphia Municipal Court
Court Name
1339 Chestnut Street 10th Floor
Number    Street
Philadelphia, PA 19107
City    State    ZIP Code

**Status of the case:**
☐ Pending
☐ On appeal
☑ Concluded

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Bureau of Enforcement v. Kevin Hysick** | **Doing Business W/Out License** | **MDJ-15-2-03**<br>Court Name<br>**601 Westtown Road Suite 110**<br>Number   Street<br>**West Chester, PA 19380**<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **MJ-15203-NT-0000447-2024** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| | **Explain what happened** | | |
| City          State    ZIP Code | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|----------|-----------|-----------|------------|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number    Street | | | |
| _____ City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number    Street | | | |
| _____ City            State    ZIP Code | | | |

---

**Part 6:** List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

---

**Part 7:** List Certain Payments or Transfers

---

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dunne Law Offices, PC**<br>Person Who Was Paid<br><br>**1515 Market Street 1200**<br>Number     Street<br><br>_____<br><br>**Philadelphia, PA 19102**<br>City                State     ZIP Code<br><br>_____<br>Email or website address<br>**Kevin Hysick**<br>Person Who Made the Payment, if Not You | **Attorney's Fee** | **04/28/2025** | **$17,500.00** |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dunne Law Offices, PC**<br>Person Who Was Paid<br><br>**1515 Market Street 1200**<br>Number     Street<br><br>_____<br><br>**Philadelphia, PA 19102**<br>City                State     ZIP Code<br><br>_____<br>Email or website address<br>**Kevin Hysick**<br>Person Who Made the Payment, if Not You | | **03/28/2025** | **$7,500.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | _____ | _____ |
| | | _____ | _____ |
| City   State   ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America**<br>Name of Financial Institution<br><br>**PO Box 982234**<br>Number     Street<br><br><br>**El Paso, TX 79998-2234**<br>City          State     ZIP Code | **XXXX– 3   1   2   6** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **01/01/2025** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| <br><br>Name of Financial Institution<br><br><br>Number     Street<br><br><br>City          State     ZIP Code | <br><br>Name<br><br><br>Number     Street<br><br><br>City          State     ZIP Code | | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|----------|-----------|-----------|------------|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
|          | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number    Street | | _____ |
| Number    Street | City    State    ZIP Code | | |
| City    State    ZIP Code | | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Kevin** | **James** | **Hysick** |
|----------|-----------|-----------|------------|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
|          | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City            State    ZIP Code | | |
| City            State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City            State    ZIP Code | | |
| City            State    ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number    Street | | ☐ Concluded |
| Case number | City            State    ZIP Code | | |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
|---|---|---|
| _____<br>**Name** | | **EIN:** __ __ – __ __ __ __ __ __ __ |
| _____<br>**Number    Street** | **Name of accountant or bookkeeper** | **Dates business existed** |
| _____<br>**City        State    ZIP Code** | | **From _____ To _____** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____<br>**Name** | _____<br>**MM / DD / YYYY** |
| _____<br>**Number    Street** | |
| _____<br>**City        State    ZIP Code** | |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 12:** Sign Below

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Kevin James Hysick _____       **X** /s/ Elizabeth Eileen Hysick _____

Signature of Kevin James Hysick, Debtor 1                    Signature of Elizabeth Eileen Hysick, Debtor 2

Date **08/05/2025** _____                                Date **08/05/2025** _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____       Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

**In re**     Hysick, Kevin James

       Hysick, Elizabeth Eileen          Case No. _____

**Debtor**                                      Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................    **$25,000.00**

Prior to the filing of this statement I have received .................................................................    **$25,000.00**

Balance Due ...............................................................................................................................    **$0.00**

2.     The source of the compensation paid to me was:

     ☑ Debtor          ☐ Other (specify)

3.     The source of compensation to be paid to me is:

     ☑ Debtor          ☐ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __08/05/2025__ | __/s/ Stephen Dunne__ |
|---|---|
| *Date* | Stephen Dunne |
|  | *Signature of Attorney* |
|  | Bar Number: 208838 |
|  | Dunne Law Offices, PC |
|  | 1515 Market Street 1200 |
|  | Philadelphia, PA 19102 |
|  | Phone: (215) 205-6367 |
|  | __Dunne Law Offices, PC__ |
|  | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: **Hysick, Kevin James**
      **Hysick, Elizabeth Eileen**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **08/05/2025**     Signature                  **/s/ Kevin James Hysick**
                                                  Kevin James Hysick, Debtor

Date   **08/05/2025**     Signature                  **/s/ Elizabeth Eileen Hysick**
                                               Elizabeth Eileen Hysick, Joint Debtor

ADP
PO Box 830272
Philadelphia, PA 19182

Affinity Federal Credit Union
Attn: Bankruptcy
73 Mountainview Boulevard
Basking Ridge, NJ 07920

Alex Chamber
42 East Adair Drive
Holmes, PA 19043

Ally Financial, Inc
Attn: Bankruptcy 500 Woodard Ave
Detroit, MI 48226

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124

American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Amy Stein
423 West Durham Street
Philadelphia, PA 19119

BAC SALES- Mendota & Valor
1871 Route 9H
Hudson, NY 12534

Bank of America
Attn: Bankruptcy
PO Box 982234
El Paso, TX 79998-2234


Bell Enterprises Trust
305 W. Olive Street
San Diego, CA 92103


Bennis Chimney Repair Inc.
1219 Malinda Road
Oreland, PA 19075


Birchwood Funding
1545 Route 202 Suite 101
Pomona, NY 10970


Buckminster Green, LLC
958 N. 5th Street
Philadelphia, PA 19123


Bureau of Enforcement
Strawberry Square 10th Floor
Harrisburg, PA 17128


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Spark Business
Card
PO Box 71083
Charlotte, NC 28272

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Road 10561 Telegraph
Rd
Glen Allen, VA 23059

Chase Bank
PO Box 6294
Carol Stream, IL 60197

CHTD Company
PO Box 2576
Springfield, IL 62708

Cinncinatti Insurance
Attn: Tehra Sims
PO Box 145496
Cincinnati, OH 45250

Cintas
PO Box 631025
Cincinnati, OH 45263

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attn: Bankruptcy
One Citizens Plaza One Citizens Dr
Providence, RI 02903

Clemens Construction
Company, Inc.
1435 Walnut Street
Philadelphia, PA 19102

Clover
PO Box 173845
Denver, CO 80217


Comcast
1701 JFK Boulevard
Philadelphia, PA 19103


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Michael J. Dougherty
520 Walnut Street Suite 1355
Philadelphia, PA 19106


Dreifuss-Prebilt, Inc.
805 Roscommon Road
Bryn Mawr, PA 19010


Eiklor Flames
282 E. Pivot Point Road
Paoli, IN 47454


Elan Financial Services
Cb Disputes
Saint Louis, MO 63166


Elena Laskin
2120 Pine Street
Philadelphia, PA 19103

Elizabeth Fletman
729 Bradford Alley
Philadelphia, PA 19147

Empire Comfort System
918 Freeburg Avenue
Belleville, IL 62220

Erica Hope
2628 Jasper Street
Philadelphia, PA 19125

Eugene DePaul
7411 Holstein Avenue
Philadelphia, PA 19153

Ferraro Construction Group
1211 Quarry Hall Road
Norristown, PA 19403

Finical Holdings, LLC.
5429 Lyndon B Johnson Fwy Suite 725
Dallas, TX 75240

Fireplace Products U.S
PO Box 2189 PMB 125
Blaine, WA 98231

Flare Fireplaces
890 N Dorothy Drive Suite 900
Richardson, TX 75081

Fora Financial Asset
Securitization
1385 Broadway, 15th Floor
New York, NY 10018


Garnet Valley Builders LLC
3190 Foulk Road
Garnet Valley, PA 19060


Yeshaya Gorkin
PO Box 605
New York, NY 10038


Hearth & Home Technologies
7571 215th Street West
Lakeville, MN 55044


Home Depot
PO Box 70614
Philadelphia, PA 19176


Instone
PO Box 952
Worcester, MA 01613


Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7317


J&A Resources
PO Box 57491
UT 57491

Jack Conroy
280 Westwind Way
Dresher, PA 19025

Jane Krug
1238 Heather Road
Ambler, PA 19002

Janiczek Homes, LLC
619 Conestoga Rd
Villanova, PA 19085

Jean Keifer
8606 Gillespie Street
Philadelphia, PA 19136

Jeffrey Istvan
1013 Westview Street
Philadelphia, PA 19119

Jeffrey James
1874 Streamview Way
Quakertown, PA 18951

Joe Tyson
1013 Surrey Ln
Warrington, PA 18976

John Follo
7805 Winston Road
Philadelphia, PA 19118

John Scarpa
100 40th Street
Avalon, NJ 08202

Johnson Gas
1155 Sherman Road
Hiawatha, IA 52233

Joseph Halferty
830 Wright Drive
Ambler, PA 19002

JPMorgan Chase Bank
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

Katoa Ahau
236 Fountain Street
Philadelphia, PA 19128

KD Building and Development
1830 Aarons Way
Pottstown, PA 19465

Kenneth Starr
1023 Indian Creek Road
Wynnewood, PA 19096

Yonatan Klestzick
381 Sunrise Highway 3rd Floor
Lynbrook, NY 11563

Kristien Verbeke
331 Lawrence Court
Philadelphia, PA 19106


LINKBANK
1436 Pottstown Pike
West Chester, PA 19380


Lowes
170 West Election Road Suite 125
Draper, UT 84020


MagraHearth
11717A W Dearbourn Ave
Milwaukee, WI 53226


Mario & Bridget Dangella
2129 S Chadwick Street
Philadelphia, PA 19145


Martin King
1520 Monk Road
Gladwyne, PA 19035


Mary McDonnell
2213 Delancey Street
Philadelphia, PA 19103


Matthew Roth
312 Wadsworth Avenue
Philadelphia, PA 19119

Russ McBride
3793 De Soto Way
Merced, CA 95340

Michael Bass & Melina
Harmelin
116 Delancey Street
Philadelphia, PA 19106

Mobius Media Solutions
100 Independence Drive Ste 7-586
Hyannis, MA 02601

Monsma Marketing
Corporation
2450 Buchanan Avenue SW
Grand Rapids, MI 49548

Nerdz on Wheels
137 Wisteria Avenue
Richland, NJ 08350

NetZero
1155 Sherman Road
Hiawatha, IA 52233

NJ Division of Taxation
3 John Fitch Way, PO Box 245 5th Floor
Trenton, NJ 08695

Orkin
100 Henderson Drive Suite 103
Sharon Hill, PA 19079

OSHA
1835 Market Street OSHA AO/21
Philadelphia, PA 19103


PA Department of Revenue
PO Box BOX 280905
Harrisburg, PA 17128


PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


PECO
PO Box 37629
Philadelphia, PA 19101


Pennsylvania Department of
Revenue
PO Box 280946
Harrisburg, PA 17128


Stephen Penteck
1385 Broadway, 15th Floor
New York, NY 10018


Phillip Johnson Construction
728 Pine Street
Philadelphia, PA 19106


Rachel Niknam
407 Rockland Avenue
Merion Station, PA 19066

Ray Murray
PO Box 1302
Fall River, MA 02722

Raynor Garage Doors
PO Box 448
Dixon, IL 61021

Richard Vanderslice
1445 Snyder Avenue
Philadelphia, PA 19145

Russ McBride
c/o American First Credit Union
1344 W 4675 S
Ogden, UT 84405

Rycon Construction Inc
2 Logan Square 100 N. 18th Street Ste
#300
Philadelphia, PA 19103

Sabina McKenna
30 Pond Lane
Bryn Mawr, PA 19010

Salvatore Barila
238 Oak Hill Drive
Hatboro, PA 19040

Silo Custom Homes LLC
1115 Rock Creek Road
Gladwyne, PA 19035

Skytech II, Inc
9230 Conservation Way
Fort Wayne, IN 46809

Small Business
Administration
2 North Street 320
Birmingham, AL 35203

State of New Jersey
PO Box 283
Trenton, NJ 08646

Stoll Industries
153 Hwy 21
Abbeville, SC 29620

Sun Park
419 Pine Street
Philadelphia, PA 19106

Susanna Adler-Lachs
1320 Huntsman Lane
Gladwyne, PA 19035

The Gratz Bank
3045 Market Street
Camp Hill, PA 17011

Todd Westby
301 Laural Lane
Haverford, PA 19041

Travis Industries
12521 Harbour Reach Drive
Mukilteo, WA 98275


True Business Funding LLC
19 Spear Road Unit 101
Ramsey, NJ 07446


U.S. Small Business
Administration
ATTN: District Counsel
660 American Avenue 301
King of Prussia, PA 19406

UCB, Inc.
1712 Scott Drive
Newtown, PA 18940


US Small Business
Administration
Attn: Bankruptcy
409 3rd Street SW Floor 2
Washington, DC 20416

Richard Vanderslice
1445 Snyder Avenue
Philadelphia, PA 19145


VCF SPV Holdings, LLC
244 5TH AVE STE #E298,
New York, NY 10001


Verizon
One Verizon Way Mail Code: 180WVB
Basking Ridge, NJ 07920

Verizon Business Mastercard
PO Box 2818
Omaha, NE 68103


David Waldman
805 Roscommon Road
Bryn Mawr, PA 19010


Waste Management
PO Box 3020
Monroe, WI 53566


WB Mason
PO Box 981101
Boston, MA 02298


Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC
X2303-01A 3rd Floor
Des Moines, IA 50328


Wex Inc
1 Hancock Street
Portland, ME 04101

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Elizabeth** | **Eileen** | **Hysick** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Pennsylvania**_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|
| **1** | **US Small Business Administration** Creditor's Name | What is the nature of the claim?    **An agreement** | $1,757,400.00 |
| | **Attn: Bankruptcy** | As of the date you file, the claim is: Check all that apply. | |
| | **409 3rd Street SW Floor 2** Number          Street | ☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply | |
| | **Washington, DC 20416** City          State          ZIP Code | **Does the creditor have a lien on your property?** ☐ No ☑ Yes. Total claim (secured and unsecured):          $1,757,400.00 | |
| | Contact | Value of security:          $0.00 | |
| | Contact phone | Unsecured          $1,757,400.00 | |
| **2** | **Bell Enterprises Trust** Creditor's Name | What is the nature of the claim?    **Business Debt** | $300,000.00 |
| | **305 W. Olive Street** Number          Street | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☑ Disputed ☐ None of the above apply | |
| | **San Diego, CA 92103** City          State          ZIP Code | **Does the creditor have a lien on your property?** ☑ No ☐ Yes. Total claim (secured and unsecured):          _____ | |
| | Contact | Value of security:          _____ | |
| | Contact phone | Unsecured          _____ | |

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**3** | **Dreifuss-Prebilt, Inc.**

Creditor's Name

**805 Roscommon Road**

Number        Street

**Bryn Mawr, PA 19010**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **Business Loan Guarantee**        **$300,000.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

---

**4** | **Birchwood Funding**

Creditor's Name

**1545 Route 202 Suite 101**

Number        Street

**Pomona, NY 10970**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **Judgment lien from lawsuit**        **$182,838.70**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$182,838.70**

Value of security:        **$0.00**

Unsecured        **$182,838.70**

---

**5** | **Affinity Federal Credit Union**

Creditor's Name

**Attn: Bankruptcy**

**73 Mountainview Boulevard**

Number        Street

**Basking Ridge, NJ 07920**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **Individual Debt**        **$148,130.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

|  | | **Unsecured claim** |
|---|---|---|

**6**  **Fora Financial Asset Securitization**

Creditor's Name

**1385 Broadway, 15th Floor**

Number        Street

**New York, NY 10018**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Business Loan Guarantee**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**$148,080.43**

---

**7**  **VCF SPV Holdings, LLC**

Creditor's Name

**244 5TH AVE STE #E298,**

Number        Street

**New York, NY 10001**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Business Loan Guarantee**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**$145,346.09**

---

**8**  **True Business Funding LLC**

Creditor's Name

**19 Spear Road Unit 101**

Number        Street

**Ramsey, NJ 07446**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Business Loan Guarantee**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**$140,849.97**

---

**9**  **American Express**

Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number        Street

**El Paso, TX 79998-1540**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Individual Debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**$117,788.00**

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | | |
| | First Name | Middle Name | Last Name | | |

| | | | | **Unsecured claim** |
|---|---|---|---|---|

**10** **Russ McBride**

Creditor's Name

**c/o American First Credit Union**

**1344 W 4675 S**
Number        Street

**Ogden, UT 84405**
City            State            ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Business Debt**    **$100,000.00**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured): _____
    Value of security: _____
    Unsecured _____

---

**11** **Pennsylvania Department of Revenue**

Creditor's Name

**PO Box 280946**
Number        Street

**Harrisburg, PA 17128**
City            State            ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Taxes or Penalties Owed to Governmental Units**    **$95,796.44**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes. Total claim (secured and unsecured): **$95,796.44**
    Value of security: **$0.00**
    Unsecured **$95,796.44**

---

**12** **UCB, Inc.**

Creditor's Name

**1712 Scott Drive**
Number        Street

**Newtown, PA 18940**
City            State            ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Business Lease Guarantee**    **$44,163.51**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured): _____
    Value of security: _____
    Unsecured _____

---

**13** **Ally Financial, Inc**

Creditor's Name

**Attn: Bankruptcy**

**500 Woodard Ave**
Number        Street

**Detroit, MI 48226**
City            State            ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **An agreement**    **$18,880.00**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes. Total claim (secured and unsecured): **$43,911.00**
    Value of security: **$25,031.00**
    Unsecured **$18,880.00**

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

|  |  | **Unsecured claim** |
|---|---|---|

---

**14** **Capital One**
Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number          Street

**Salt Lake City, UT 84130-0285**
City          State          ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Business Debt**                     $30,313.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
            Value of security:          _____
            Unsecured                  _____

---

**15** **Discover Financial**
Creditor's Name

**Attn: Bankruptcy**

**PO Box 3025**
Number          Street

**New Albany, OH 43054**
City          State          ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Individual Debt**                    $29,765.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
            Value of security:          _____
            Unsecured                  _____

---

**16** **Elan Financial Services**
Creditor's Name

**Cb Disputes**
Number          Street

**Saint Louis, MO 63166**
City          State          ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Individual Debt**                    $20,560.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
            Value of security:          _____
            Unsecured                  _____

---

**17** **JPMorgan Chase Bank**
Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**
Number          Street

**Monroe, LA 71203**
City          State          ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Individual Debt**                    $19,931.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
            Value of security:          _____
            Unsecured                  _____

---

| Debtor 1 | **Kevin** | **James** | **Hysick** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | |

| | | | Unsecured claim |
|---|---|---|---|

**18** | **Capital One**
Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number            Street

**Salt Lake City, UT 84130-0285**
City            State            ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Individual Debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**$18,588.00**

---

**19** | **JPMorgan Chase Bank**
Creditor's Name

**MailCode LA4-7100 700 Kansas Lane**
Number            Street

**Monroe, LA 71203**
City            State            ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Individual Debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Value of security: _____

Unsecured _____

**$17,529.00**

---

**20** | **Internal Revenue Service**
Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**
Number            Street

**Philadelphia, PA 19101-7317**
City            State            ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Taxes or Penalties Owed to Governmental Units**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured): **$16,509.17**

Value of security: **$0.00**

Unsecured **$16,509.17**

**$16,509.17**

---

| Part 2: | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____**/s/ Kevin James Hysick**_____          X _____**/s/ Elizabeth Eileen Hysick**_____
Signature of Debtor 1                                   Signature of Debtor 2

Date    **08/05/2025**                               Date    **08/05/2025**
MM / DD / YYYY                                       MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin** | **James** | **Hysick** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income        12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.**  Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0.00 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $5,000.00 | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $5,000.00 | Copy<br>here → | $0.00      $5,000.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy<br>here → | $0.00      $0.00 |

| Debtor 1 | **Kevin** | **James** | **Hysick** | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth** | **Eileen** | **Hysick** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ...................................... ↓

For you............................................................... **$0.00**

For your spouse.................................................... **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | | Column A | Column B |
|---|---|---|---|
| | | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

| _____ | | |
| _____ | | |

Total amounts from separate pages, if any.  + _____   + _____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $0.00 | + | $5,000.00 | = | $5,000.00 |

**Total average monthly income**

---

| **Part 2:** | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Kevin James Hysick _____     **X** /s/ Elizabeth Eileen Hysick _____

Signature of Debtor 1         Signature of Debtor 2

Date **08/05/2025** _____     Date **08/05/2025** _____

     MM/ DD/ YYYY             MM/ DD/ YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |
|---:|---|
| $245 | filing fee |
| $78 | administrative fee |
| **+     $15** | **trustee surcharge** |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

### Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | **$571** | **administrative fee** |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

```
Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code
requires that you promptly file detailed
information about your creditors, assets,
liabilities, income, expenses and general
financial condition. The court may dismiss your
bankruptcy case if you do not file this
information within the deadlines set by the
Bankruptcy Code, the Bankruptcy Rules, and
the local rules of the court.

For more information about the documents and
their deadlines, go to:
http://www.uscourts.gov/bkforms
/bankruptcy_form
s.html#procedure.
```

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa /ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts /Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.